Karen Liao (State Bar No. 256072)
karen.liao@manningkass.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
695 Town Center Dr., Ste 400
Costa Mesa, California 92626
Telephone: (949) 440-6690
Facsimile: (949) 474-6991

Attorneys for Defendant HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JENNY MACIAS, an individual,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1 to 100, inclusive,<br><br>　　Defendants. | Case No. 5:24-cv-02073 KK (MARx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

TO THE HONORABLE COURT and TO ALL PARTIES OF RECORD:

/ / /

/ / /

4925-6567-2742.1

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

PLEASE TAKE NOTICE that the parties in this action have reached a settlement. A written settlement agreement is being drafted. A stipulation for dismissal of this action should be filed within the next eight weeks.

DATED: March 11, 2025

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: _____
Karen Liao
Attorneys for Defendant HOME DEPOT U.S.A., INC.

DATED: March 11, 2025

**REED LAW, PC**

By: _____
Muammar Reed, Esq.
Attorneys for Plaintiff JENNY MACIAS